THOMAS D. PENFIELD, Guardian, etc., Respondent, *v.* SARAH JAMES and others, Appellants.

*Retaxation of costs — laches.*

The plaintiff's bill of costs was adjusted by the clerk on default, after due notice, in January, 1872. In November, 1872, the appellants noticed a motion for readjustment, which was heard at Special Term on the 12th of December, 1872, and denied. *Held*, that the delay in making the motion, for which no excuse was shown, was so great, that the motion was properly denied on the ground of laches.

Appeal from an order denying a motion for a readjustment of costs.

*Edward D. James*, for the appellants.

*Cyrus Lawton*, for the respondent.

Opinion by Davis, P. J.

Brady and Daniels, JJ., concurred.

Order affirmed, with ten dollars costs besides disbursements.